# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 28
The People &c.,
    Respondent,
  v.
Thomas P. Perdue,
    Appellant.

Carolyn Walther, for appellant.
Kaylan C. Porter, for respondent.

Reargument ordered for a future Court session. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro and Troutman concur. Judge Halligan took no part.

Decided April 20, 2023